B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Eastern District of North Carolina - Fayetteville Division

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Defense Logistics Support, Inc. | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>45-1678265 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1519 Carthage Road, Suites 7B/7C<br>Lumberton, NC<br>ZIP Code: 28358 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>Robeson | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. Box 2577<br>Lumberton, NC<br>ZIP Code: 28358 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)  Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Defense Logistics Support, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Defense Logistics Support, Inc. |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **X** _____  Signature of Debtor  **X** _____  Signature of Joint Debtor  _____  Telephone Number (If not represented by attorney)  _____  Date | **X** _____  Signature of Foreign Representative  _____  Printed Name of Foreign Representative  _____  Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X** /s/ Trawick H. Stubbs, Jr.  Signature of Attorney for Debtor(s)  Trawick H. Stubbs, Jr. 4221  Printed Name of Attorney for Debtor(s)  Stubbs & Perdue, P.A.  Firm Name  PO Box 1654  New Bern, NC 28563  Address  252-633-2700  Telephone Number  September  4, 2015  Date  *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.  _____  Printed Name and title, if any, of Bankruptcy Petition Preparer  _____  Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)  _____  Address  **X** _____  _____  Date  Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.  Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.  **X** /s/ Trevor J. Kräcker  Signature of Authorized Individual  Trevor J. Kräcker  Printed Name of Authorized Individual  President and CEO  Title of Authorized Individual  September  4, 2015  Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.  *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina - Fayetteville Division

In re: Defense Logistics Support, Inc.
Debtor(s)

Case No.
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Nazdar Company<br>Attn:  Manager or Agent<br>8501 Hedge Lane Terrace<br>Shawnee Mission, KS 66227 | Nazdar Company<br>Attn:  Manager or Agent<br>8501 Hedge Lane Terrace<br>Shawnee Mission, KS 66227 | | | 295,000.00 |
| Amidon, Inc.<br>Attn:  Manager or Agent<br>3319 Heritage Trade Dr Ste 201<br>Wake Forest, NC 27587 | Amidon, Inc.<br>Attn:  Manager or Agent<br>3319 Heritage Trade Dr Ste 201<br>Wake Forest, NC 27587 | | | 216,716.00 |
| Clay Smith<br>Attn:  Manager or Agent<br>4026 Kelvingrove Circle<br>South Jordan, UT 84095-7120 | Clay Smith<br>Attn:  Manager or Agent<br>4026 Kelvingrove Circle<br>South Jordan, UT 84095-7120 | | | 139,410.44 |
| Internal Revenue Service<br>Alamance Bldg Mail Stop 9<br>4905 Koger Blvd Ste 102<br>Greensboro, NC 27407 | Internal Revenue Service<br>Alamance Bldg Mail Stop 9<br>4905 Koger Blvd Ste 102<br>Greensboro, NC 27407 | | | 129,290.91 |
| Lewis & Lewis, CPA<br>Attn:  Manager or Agent<br>105 Farmbrook Drive<br>Lumberton, NC 28358 | Lewis & Lewis, CPA<br>Attn:  Manager or Agent<br>105 Farmbrook Drive<br>Lumberton, NC 28358 | | | 99,981.00 |
| Polaris Sales, Inc.<br>Attn:  Manager or Agent<br>2100 Hwy. 555<br>Hamel, MN 55340 | Polaris Sales, Inc.<br>Attn:  Manager or Agent<br>2100 Hwy. 555<br>Hamel, MN 55340 | | | 63,255.00 |
| Ready One<br>Attn:  Manager or Agent<br>11460 Pellicano Drive<br>El Paso, TX 79936 | Ready One<br>Attn:  Manager or Agent<br>11460 Pellicano Drive<br>El Paso, TX 79936 | | | 58,631.81 |
| Eagle 6 Technical Services<br>Attn:  Manager or Agent<br>2923 Ridley Avenue<br>Orlando, FL 32814 | Eagle 6 Technical Services<br>Attn:  Manager or Agent<br>2923 Ridley Avenue<br>Orlando, FL 32814 | | | 57,275.96 |
| REF, Inc.<br>Attn:  Manager or Agent<br>P.O. Drawer 1387<br>Lumberton, NC 28359 | REF, Inc.<br>Attn:  Manager or Agent<br>P.O. Drawer 1387<br>Lumberton, NC 28359 | Rent arrearages | | 36,893.55 |

B4 (Official Form 4) (12/07) - Cont.

In re   Defense Logistics Support, Inc.                                   Case No.
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| REF, Inc.<br>Attn: Manager or Agent<br>P.O. Drawer 1387<br>Lumberton, NC 28359 | REF, Inc.<br>Attn: Manager or Agent<br>P.O. Drawer 1387<br>Lumberton, NC 28359 | Reimbursement of utilities | | 36,893.55 |
| Mountain Products<br>Attn: Manager or Agent<br>4836 Brecksville Road<br>Richfield, OH 44286 | Mountain Products<br>Attn: Manager or Agent<br>4836 Brecksville Road<br>Richfield, OH 44286 | | | 19,525.82 |
| Thomco Specialty Products<br>Attn: Manager or Agent<br>1100 Northbrook Pkwy<br>Suwanee, GA 30024 | Thomco Specialty Products<br>Attn: Manager or Agent<br>1100 Northbrook Pkwy<br>Suwanee, GA 30024 | | | 19,402.47 |
| R.M.S.<br>Attn: Manager or Agent<br>P.O. Box 509<br>Richfield, OH 44286 | R.M.S.<br>Attn: Manager or Agent<br>P.O. Box 509<br>Richfield, OH 44286 | | | 17,010.00 |
| Revenue Assurance Partners<br>Attn: Manager or Agent<br>19399 Helenberg Rd., Ste 5&6<br>Covington, LA 70433 | Revenue Assurance Partners<br>Attn: Manager or Agent<br>19399 Helenberg Rd., Ste 5&6<br>Covington, LA 70433 | | | 16,321.44 |
| AT&T - conference calls<br>Attn: Manager or Agent<br>P.O. Box 5019<br>Carol Stream, IL 60197 | AT&T - conference calls<br>Attn: Manager or Agent<br>P.O. Box 5019<br>Carol Stream, IL 60197 | | | 14,298.09 |
| AT&T conference calls<br>Attn: Manager or Agent<br>P.O. Box 5019<br>Carol Stream, IL 60197 | AT&T conference calls<br>Attn: Manager or Agent<br>P.O. Box 5019<br>Carol Stream, IL 60197 | | | 13,833.19 |
| World of Powersports<br>Attn: Manager or Agent<br>2635 N. 22nd Street<br>Decatur, IL 62526 | World of Powersports<br>Attn: Manager or Agent<br>2635 N. 22nd Street<br>Decatur, IL 62526 | | | 10,858.00 |
| Benson Construction<br>Attn: Manager or Agent<br>P.O. Box 1250<br>Lumberton, NC 28359 | Benson Construction<br>Attn: Manager or Agent<br>P.O. Box 1250<br>Lumberton, NC 28359 | | | 10,556.00 |
| Tony Smith<br>246 Southfield Road<br>Lumberton, NC 28360 | Tony Smith<br>246 Southfield Road<br>Lumberton, NC 28360 | | | 10,000.00 |
| Norman Pullman<br>812 East Main Street<br>Spartanburg, SC 29302 | Norman Pullman<br>812 East Main Street<br>Spartanburg, SC 29302 | | | 8,600.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Defense Logistics Support, Inc.                                    Case No.
                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  September 4, 2015                    Signature  /s/ Trevor J. Kräcker
                                                      Trevor J. Kräcker
                                                      President and CEO

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**Eastern District of North Carolina - Fayetteville Division**

In re   Defense Logistics Support, Inc.                                              Case No.
                                Debtor(s)                                            Chapter   11

## VERIFICATION OF CREDITOR MATRIX

I, the President and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   September 4, 2015                    /s/ Trevor J. Kräcker
                                             Trevor J. Kräcker/President and CEO
                                             Signer/Title

| | | |
|---|---|---|
| DEFENSE LOGISTICS SUPPORT, INC.<br>P.O. BOX 2577<br>LUMBERTON, NC 28358 | TRAWICK H. STUBBS, JR.<br>STUBBS & PERDUE, P.A.<br>PO BOX 1654<br>NEW BERN, NC 28563 | SECURITIES & EXCHANGE COM<br>OFFICE OF REORGANIZATION<br>950 E PACES FERRY RD NE 900<br>ATLANTA, GA 30326-1382 |
| SECRETARY OF TREASURY<br>ATTN: MANAGING AGENT<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20220 | NC DEPT OF REVENUE<br>ATTN: MANAGING AGENT<br>PO BOX 1168<br>RALEIGH, NC 27602 | EMPLOYMENT SECURITY COM.<br>ATTN: MANAGING AGENT<br>PO BOX 26504<br>RALEIGH, NC 27611-6504 |
| UNITED STATES ATTORNEY<br>ATTN: CIVIL PROCESS CLERK<br>310 NEW BERN AVENUE<br>FEDERAL BLDG SUITE 800<br>RALEIGH, NC 27601-1461 | INTERNAL REVENUE SERVICE<br>ATTN: MANAGING AGENT<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | IRS<br>ALAMANCE BLDG MAIL STOP 24<br>4905 KOGER BLVD<br>GREENSBORO, NC 27407-2734 |
| ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC 20530 | ACE CASH EXPRESS<br>ATTN:  MANAGER OR AGENT<br>3101 FAYETTEVILLE ROAD<br>LUMBERTON, NC 28358 | AD GRAPHICS<br>ATTN:  MANAGER OR AGENT<br>3101 W. MCNAB ROAD<br>POMPANO BEACH, FL 33069 |
| GENE ADAMS<br>ATTORNEY FOR NORMAN PULLMAN<br>P.O. BOX 5663<br>SPARTANBURG, SC 29304 | AMIDON, INC.<br>ATTN:  MANAGER OR AGENT<br>3319 HERITAGE TRADE DR STE 201<br>WAKE FOREST, NC 27587 | ARC GROUP<br>ATTN:  MANAGER OR AGENT<br>1012 STATE COLLEGE RD. STE 2<br>DOVER, DE 19904 |
| AT&T - CONFERENCE CALLS<br>ATTN:  MANAGER OR AGENT<br>P.O. BOX 5019<br>CAROL STREAM, IL 60197 | AT&T CONFERENCE CALLS<br>ATTN:  MANAGER OR AGENT<br>P.O. BOX 5019<br>CAROL STREAM, IL 60197 | BENSON CONSTRUCTION<br>ATTN:  MANAGER OR AGENT<br>P.O. BOX 1250<br>LUMBERTON, NC 28359 |
| BIC GRAPHIC<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 406079<br>ATLANTA, GA 30384-6079 | BLANCHARD, MILLER, ET AL<br>ATTN: PHILIP R. ISLEY, ESQ.<br>1117 HILLSBOROUGH STREET<br>RALEIGH, NC 27603 | ALAN CAMERON<br>9 YORK CIRCLE<br>BERKELEY HALL<br>BLUFFTON, SC 29909 |
| ALLAN CAMERON<br>9 YORK CIRCLE<br>BERKELEY HALL<br>BLUFFTON, SC 29909 | CITY OF LUMBERTON<br>ATTN: MANAGING AGENT<br>PO DRAWER 1388<br>LUMBERTON, NC 28358 | JEFF & SYBIL COLLINS<br>P.O. BOX 969<br>PEMBROKE, NC 28372 |
| E-FAX<br>ATTN:  MANAGER OR AGENT<br>6922 HOLLYWOOD BLVD., STE 500<br>LOS ANGELES, CA 90028 | EAGLE 6 TECHNICAL SERVICES<br>ATTN:  MANAGER OR AGENT<br>2923 RIDLEY AVENUE<br>ORLANDO, FL 32814 | EB DAVIS ELECTRIC COMPANY<br>ATTN:  MANAGER OR AGENT<br>P.O. BOX 1615<br>LUMBERTON, NC 28359 |

FEDEX
ATTN: MANAGER OR AGENT
165 AIRPORT ROAD
FAYETTEVILLE, NC 28306

FIRESTONE
ATTN: MANAGER OR AGENT
513 ELM STREET
LUMBERTON, NC 28358

FIRST TRUST CO OF ONAGA
F/B/O GAYLE LEWIS, IRA
214 W. 9TH STREET
ONAGA, KS 66521

HERCULES STEEL COMPANY, INC.
ATTN: MANAGER OR AGENT
P.O. DRAWER 35208
FAYETTEVILLE, NC 28301

JAMES E.HILL, JR.
ATTORNEY FOR LYNDON MCLELLAN
109 COURTHOUSE SQ.
WHITEVILLE, NC 28472

INTERNAL REVENUE SERVICE
ALAMANCE BLDG MAIL STOP 9
4905 KOGER BLVD STE 102
GREENSBORO, NC 27407

KROSS LIEBERMAN & STONE
ATTORNEY FOR LAUREL VALLEY
PO BOX 565
MORRISVILLE, NC 27560

TARA KRäCKER
59 GLASGOW DRIVE
PINEHURST, NC 28374

TREVOR J. KRäCKER
59 GLASGOW DRIVE
PINEHURST, NC 28374

LAUREL VALLEY PREM. WATER
ATTN: MANAGER OR AGENT
P.O. BOX 2772
FAYETTEVILLE, NC 28302

LEWIS & LEWIS, CPA
ATTN: MANAGER OR AGENT
105 FARMBROOK DRIVE
LUMBERTON, NC 28358

LEWIS INVESTMTS OF LUMBERT
105 FARM BROOK DRIVE
LUMBERTON, NC 28358

GAYLE LEWIS
105 FARM BROOK DRIVE
LUMBERTON, NC 28358

HENRY & GAYLE LEWIS
105 FARM BROOK DRIVE
LUMBERTON, NC 28358

LOCKLEAR FAMILY INVESTMTS
1720 NC 211, WEST
LUMBERTON, NC 28358

KIRK LOCKLEAR
1720 NC211
LUMBERTON, NC 28358

MILTON LOCKLEAR
P.O. BOX 1027
PEMBROKE, NC 28372

LYNDON B. MCLELLAN
4724 TOBACCO ROAD
ORRUM, NC 28369

MOUNTAIN PRODUCTS
ATTN: MANAGER OR AGENT
4836 BRECKSVILLE ROAD
RICHFIELD, OH 44286

N.C. DEPT. OF REVENUE
ATTN: OFFICER
OFFICE SVCS DIV, BANKRUPTCY UN
P. O. BOX 1168
RALEIGH, NC 27602-1168

NAZDAR COMPANY
ATTN: MANAGER OR AGENT
8501 HEDGE LANE TERRACE
SHAWNEE MISSION, KS 66227

NEW JERSEY INST. OF TECHNOLOGY
ATTN: MANAGER OR AGENT
UNIVERSITY HEIGHTS
NEWARK, NJ 07102

SHERRY OWEN
1807 SHADOW BEND LANE
AUBURN, AL 36830

PEMBROKE HARDWARE
ATTN: MANAGER OR AGENT
P.O. BOX 1027
PEMBROKE, NC 28372

PEMBROKE WASTE
ATTN: MANAGER OR AGENT
P.O. BOX 2400
PEMBROKE, NC 28372

PIERCE & LITTLE, PC
ATTORNEY FOR READY ONE
221 N. KANSAS, STE 1301
EL PASO, TX 79901

POLARIS SALES, INC.
ATTN: MANAGER OR AGENT
2100 HWY. 555
HAMEL, MN 55340

| | | |
|---|---|---|
| NORMAN PULLMAN<br>812 EAST MAIN STREET<br>SPARTANBURG, SC 29302 | R.M.S.<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 509<br>RICHFIELD, OH 44286 | READY ONE<br>ATTN: MANAGER OR AGENT<br>11460 PELLICANO DRIVE<br>EL PASO, TX 79936 |
| REF, INC.<br>ATTN: MANAGER OR AGENT<br>P.O. DRAWER 1387<br>LUMBERTON, NC 28359 | REVENUE ASSURANCE PARTNERS<br>ATTN: MANAGER OR AGENT<br>19399 HELENBERG RD., STE 5&6<br>COVINGTON, LA 70433 | ROBESON CO TAX COLLECTOR<br>ATTN: MANAGING AGENT<br>500 N ELM ST, BOX 26<br>LUMBERTON, NC 28358 |
| ROGERS' SCREENPRINTING<br>ATTN: MANAGER OR AGENT<br>10306 HWY 41, SOUTH<br>FAIRMONT, NC 28340 | SHAW OFFICE SUPPLIES, INC.<br>ATTN.: MANAGER OR AGENT<br>P.O. BOX 2502<br>LUMBERTON, NC 28359 | SLATER, TENEGLIA, ET AL<br>ATTY FOR TRAVELERS NATL<br>P.O. BOX 8500<br>PHILADELPHIA, PA 19178 |
| SMITH DEBNAM<br>ATTY FOR MOUNTAIN PRODUCTS<br>P.O. DRAWER 26268<br>RALEIGH, NC 27611 | SMITH, ANDERSON, ET AL<br>ATTN: D.HAYDEN OR T.COLEMAN<br>P.O. BOX 2611<br>RALEIGH, NC 27602 | CLAY SMITH<br>ATTN: MANAGER OR AGENT<br>4026 KELVINGROVE CIRCLE<br>SOUTH JORDAN, UT 84095-7120 |
| TONY SMITH<br>246 SOUTHFIELD ROAD<br>LUMBERTON, NC 28360 | SOUTHERN LIFTTRUCK<br>ATTN: MANAGER OR AGENT<br>4113 CHICKEN FOOT RD.<br>SAINT PAULS, NC 28384 | LEROY & DIANNE STEWART<br>115 WALKABOUT<br>ABERDEEN, NC 28315 |
| TEAM GRAPHIX<br>ATTN: MANAGER OR AGENT<br>4664 DOOLITTLE DRIVE<br>SAN LEANDRO, CA 94577 | THOMCO SPECIALTY PRODUCTS<br>ATTN: MANAGER OR AGENT<br>1100 NORTHBROOK PKWY<br>SUWANEE, GA 30024 | TRAVELERS NATIONAL POOL<br>ATTN: MANAGER OR AGENT<br>1 ATHENEUM SQUARE<br>HARTFORD, CT 06183 |
| TUBELITE<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 480158<br>CHARLOTTE, NC 28269 | UNITED RENTALS<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 100711<br>ATLANTA, GA 30384-0711 | WHO DID THAT, INC.<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 680724<br>CHARLOTTE, NC 28216 |
| WORLD OF POWERSPORTS<br>ATTN: MANAGER OR AGENT<br>2635 N. 22ND STREET<br>DECATUR, IL 62526 | YELLOW PAGES<br>ATTN: MANAGER OR AGENT<br>P.O. BOX 5010<br>CAROL STREAM, IL 60197-5010 | Z.KASCHKADAJEW COLLECTIONS<br>COLLECTION FOR BIC<br>5151 MOUNDVIEW DR<br>RED WING, MN 55066 |